IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1845<br>1:07-md-1845-TWT |
| CARLOS M. ANDREWS through his guardian ad litem, Tiffany K. Searcy, et al.,<br>Plaintiffs,<br>v.<br>CONAGRA FOODS, INC., a Delaware corporation, et al.,<br>Defendants. | CIVIL ACTION FILE NO. 1:07-CV-3058-TWT |
| WENDY JOAN AHRENS an individual, et al.,<br>Plaintiffs,<br>v.<br>CONAGRA FOODS, INC., a Delaware corporation, et al.,<br>Defendants. | CIVIL ACTION FILE NO. 1:08-CV-3693-TWT |
| LAMONT ANDERSON an individual, et al.,<br>Plaintiffs,<br>v. | CIVIL ACTION FILE NO. 1:09-CV-1545-TWT |

CONAGRA FOODS, INC., a Delaware corporation,

Defendant.

SUSAN HOFFMAN, et al.,

Plaintiffs,

v.

CONAGRA FOODS, INC.,

Defendant.

CIVIL ACTION FILE NO. 1:09-CV-2242-TWT

KIMBERLY ABRAHAM individually and as next friend of Autumn Abraham, a minor, et al.,

Plaintiffs,

v.

CONAGRA FOODS, INC.,

Defendant.

CIVIL ACTION FILE NO. 1:09-CV-2844-TWT

ORDER

These are personal injury actions. They are before the Court on the Defendant's Motion to Deem Admitted Defendant's First Requests for Admissions and Motion for Summary Judgment [Doc. 2139], which is GRANTED in part and DENIED in part.

## I. Introduction

This case arises out of Defendant ConAgra's 2007 recall of Peter Pan and Great Value peanut butter, after the CDC and FDA reported an association between these products and Salmonella Tennessee. After the recall, some consumers sued ConAgra, alleging that they contracted Salmonellosis, a bacterial infection caused by Salmonella Tennessee, after eating Peter Pan or Great Value peanut butter. The lawsuits were consolidated in this Court for pretrial proceedings. During discovery, ConAgra issued and served individually captioned requests for admission to each of the plaintiffs identified in this motion. The plaintiffs did not admit or deny the requests within thirty days as required under the Federal Rules of Civil Procedure or seek an extension for filing responses. Accordingly, ConAgra asks the Court to deem the requests admitted and to grant summary judgment based on the admissions.

## II. Summary Judgment Standard

Summary judgment is appropriate only when the pleadings, depositions, and affidavits submitted by the parties show that no genuine issue of material fact exists and that the movant is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c). The court should view the evidence and any inferences that may be drawn in the light most favorable to the nonmovant. Adickes v. S.H. Kress & Co.,

398 U.S. 144, 158-59 (1970). The party seeking summary judgment must first identify grounds that show the absence of a genuine issue of material fact. Celotex Corp. v. Catrett, 477 U.S. 317, 323-24 (1986). The burden then shifts to the nonmovant, who must go beyond the pleadings and present affirmative evidence to show that a genuine issue of material fact does exist. Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 257 (1986).

## III. Discussion

### A. Motion to Deem Admitted Defendant's First Requests for Admissions

Federal Rule of Civil Procedure 36 allows a party to serve on any other party a written request to admit the truth of certain matters. If the party to whom the request is directed does not respond within 30 days after being served, the matter is admitted. The following plaintiffs did not respond within the allotted time:

| Case Caption | Plaintiff Name | Case No. |
|---|---|---|
| Andrews | Ali, Mango Littleton Jr. | 1:07-cv-03058-TWT |
| Andrews | Anderson, Jarmaria D'sean (Nicotra Anderson, mother) | 1:07-cv-03058-TWT |
| Andrews | Arnold, Ethan Ray (Lance C. Arnold, father) | 1:07-cv-03058-TWT |
| Andrews | Arola, Duane | 1:07-cv-03058-TWT |
| Andrews | Avila, Viveca Marie | 1:07-cv-03058-TWT |
| Andrews | Bailey, Brooklyn Elizabeth (Bobbie Jo Staggs) | 1:07-cv-03058-TWT |

| | | |
|---|---|---|
| Andrews | Barton, Gary L. | 1:07-cv-03058-TWT |
| Andrews | Benyard, Destiny Ariani (Montena Benyard, signator) | 1:07-cv-03058-TWT |
| Andrews | Berry, Devin Lester (Stacy Berry, mother) | 1:07-cv-03058-TWT |
| Andrews | Berry, Hallie Lynn | 1:07-cv-03058-TWT |
| Andrews | Bodey, Corey James | 1:07-cv-03058-TWT |
| Andrews | Boring, Margaret A.E. | 1:07-cv-03058-TWT |
| Andrews | Bowles, Charles | 1:07-cv-03058-TWT |
| Andrews | Bowles, Mandy Lynn | 1:07-cv-03058-TWT |
| Andrews | Brandon, Trevor Dylan (Vivica Avila, mother) | 1:07-cv-03058-TWT |
| Andrews | Brown, Shirley Jean | 1:07-cv-03058-TWT |
| Andrews | Brown, William Harris | 1:07-cv-03058-TWT |
| Andrews | Burwell, Allan R. Sr. | 1:07-cv-03058-TWT |
| Andrews | Burwell, Allison Faith | 1:07-cv-03058-TWT |
| Andrews | Burwell, Zachary Eugene | 1:07-cv-03058-TWT |
| Andrews | Butler, Shanetta | 1:07-cv-03058-TWT |
| Andrews | Cain, Jessica Nicole (Georgia Cain, mother) | 1:07-cv-03058-TWT |
| Andrews | Carter, Dorothy Joan | 1:07-cv-03058-TWT |
| Andrews | Carzoo-Fowler, Anna Sophia (Nicole Carzoo, mother) | 1:07-cv-03058-TWT |
| Andrews | Chewning, Angelina Nicole | 1:07-cv-03058-TWT |
| Andrews | Christensen, Brooklyn Faith | 1:07-cv-03058-TWT |
| Andrews | Cline, Rodney David Leigh | 1:07-cv-03058-TWT |

| | | |
|---|---|---|
| Andrews | Crawford, Patricia Ann | 1:07-cv-03058-TWT |
| Andrews | Crockett, Mark Anthony | 1:07-cv-03058-TWT |
| Andrews | Cuevas, Sandra Ann | 1:07-cv-03058-TWT |
| Andrews | Daugherty, Karen Elizabeth | 1:07-cv-03058-TWT |
| Andrews | Demske, Tamara Sue | 1:07-cv-03058-TWT |
| Andrews | Di Sipio, Anthony J. Sr. | 1:07-cv-03058-TWT |
| Andrews | Dixie, William Thomas | 1:07-cv-03058-TWT |
| Andrews | Early, Barbara A. | 1:07-cv-03058-TWT |
| Andrews | Elliott, Charlotte | 1:07-cv-03058-TWT |
| Andrews | Faulk, Richard Alan | 1:07-cv-03058-TWT |
| Andrews | Foxworth, Zariyona Alexis | 1:07-cv-03058-TWT |
| Andrews | Franco, Esther H. | 1:07-cv-03058-TWT |
| Andrews | Freedman, Jennifer Michelle | 1:07-cv-03058-TWT |
| Andrews | Gilbert, Theodore William (Peggy A. Gilbert, signator) | 1:07-cv-03058-TWT |
| Andrews | Goddard, Deborah S. | 1:07-cv-03058-TWT |
| Andrews | Goodman, Jessica Dawn | 1:07-cv-03058-TWT |
| Andrews | Goodman, Mona Gayle | 1:07-cv-03058-TWT |
| Andrews | Goodson, George | 1:07-cv-03058-TWT |
| Andrews | Gormley, Richard W. Sr. | 1:07-cv-03058-TWT |
| Andrews | Griesser, Mary Lou | 1:07-cv-03058-TWT |
| Andrews | Griffin, Robert Bryan | 1:07-cv-03058-TWT |
| Andrews | Hendrix, Thelma Lucille | 1:07-cv-03058-TWT |
| Andrews | Herbert-Winston, Marie M. | 1:07-cv-03058-TWT |

| | | |
|---|---|---|
| Andrews | Hess, Shawn Taylor | 1:07-cv-03058-TWT |
| Andrews | Hewett, Michael Shawn | 1:07-cv-03058-TWT |
| Andrews | Hodgeson, Adrian Chance (Walter Simmons, guardian) | 1:07-cv-03058-TWT |
| Andrews | Hodgeson, Austin Chase | 1:07-cv-03058-TWT |
| Andrews | Inman, Glenda L. | 1:07-cv-03058-TWT |
| Andrews | Jackson, Dakota (Rhonda Jackson, mother) | 1:07-cv-03058-TWT |
| Andrews | Jackson, Raina Jean | 1:07-cv-03058-TWT |
| Andrews | Jackson, Rhonda A. | 1:07-cv-03058-TWT |
| Andrews | Jenkins, Beverly Ann | 1:07-cv-03058-TWT |
| Andrews | Johnson, Albert | 1:07-cv-03058-TWT |
| Andrews | Johnson, Jackey De Shawn (Edna Torrence, guardian) | 1:07-cv-03058-TWT |
| Andrews | Jones, Marnita Valerie | 1:07-cv-03058-TWT |
| Andrews | Jones-Johnson, Thelma L. | 1:07-cv-03058-TWT |
| Andrews | Keith, Joyce Carol | 1:07-cv-03058-TWT |
| Andrews | Kinser, Margueritte | 1:07-cv-03058-TWT |
| Andrews | Kinser, Myra Jo | 1:07-cv-03058-TWT |
| Andrews | Kinzie, David A. | 1:07-cv-03058-TWT |
| Andrews | Kirby, William M. | 1:07-cv-03058-TWT |
| Andrews | Knight, Terry W. | 1:07-cv-03058-TWT |
| Andrews | Landre, Ghislaine-Laure | 1:07-cv-03058-TWT |
| Andrews | Lewiski, Kathy Leigh | 1:07-cv-03058-TWT |

| | | |
|---|---|---|
| Andrews | Linnehan, Aaron Richard | 1:07-cv-03058-TWT |
| Andrews | Logos, George | 1:07-cv-03058-TWT |
| Andrews | Loudenslager, Fredrick S. | 1:07-cv-03058-TWT |
| Andrews | Loudenslager, Marion J. | 1:07-cv-03058-TWT |
| Andrews | Lyles, Phillip Leo | 1:07-cv-03058-TWT |
| Andrews | Martinez, Angelica Rose | 1:07-cv-03058-TWT |
| Andrews | McZeal, Raven Nycole | 1:07-cv-03058-TWT |
| Andrews | Meredith, Philip Lee | 1:07-cv-03058-TWT |
| Andrews | Merriweather, Dynasty D. | 1:07-cv-03058-TWT |
| Andrews | Merriweather, Khyrsten | 1:07-cv-03058-TWT |
| Andrews | Miccio, Adrieana Maria (Tamara Ziegler, mother) | 1:07-cv-03058-TWT |
| Andrews | Miller, Larry I. | 1:07-cv-03058-TWT |
| Andrews | Milo, June Ellen | 1:07-cv-03058-TWT |
| Andrews | Mizell, Ashley Nicole | 1:07-cv-03058-TWT |
| Andrews | Murrah, Laurie Ann | 1:07-cv-03058-TWT |
| Andrews | Nash, Tammie R. | 1:07-cv-03058-TWT |
| Andrews | Nelson, Alvie | 1:07-cv-03058-TWT |
| Andrews | Park, Patsy Lee | 1:07-cv-03058-TWT |
| Andrews | Pullins, Hattie T. | 1:07-cv-03058-TWT |
| Andrews | Radatz, Alicia J. | 1:07-cv-03058-TWT |
| Andrews | Radatz, Steven J. | 1:07-cv-03058-TWT |
| Andrews | Ransopher, Julie | 1:07-cv-03058-TWT |

| | | |
|---|---|---|
| Andrews | Richardson, Marlene Sue | 1:07-cv-03058-TWT |
| Andrews | Ringer, Kathleen M. | 1:07-cv-03058-TWT |
| Andrews | Robinson, Paula Marian | 1:07-cv-03058-TWT |
| Andrews | Rogers, Brenda J. | 1:07-cv-03058-TWT |
| Andrews | Rose, Cody A. (Marlene Rose, mother) | 1:07-cv-03058-TWT |
| Andrews | Rose, Marlene Ellen | 1:07-cv-03058-TWT |
| Andrews | Rothgeb, Irene | 1:07-cv-03058-TWT |
| Andrews | Sanchez, Deborah M. | 1:07-cv-03058-TWT |
| Andrews | Schaudt, Leah | 1:07-cv-03058-TWT |
| Andrews | Shoemaker, Chasitie M. | 1:07-cv-03058-TWT |
| Andrews | Sikorski, Paul Arthur | 1:07-cv-03058-TWT |
| Andrews | Simon, Andrea Renee | 1:07-cv-03058-TWT |
| Andrews | Sinyard, Mary Lynn | 1:07-cv-03058-TWT |
| Andrews | Sloan, Clarence C. | 1:07-cv-03058-TWT |
| Andrews | Soutar, Bernol F. | 1:07-cv-03058-TWT |
| Andrews | Sprinkle, Cheryl Lee | 1:07-cv-03058-TWT |
| Andrews | Stanford-Camp, Nancy | 1:07-cv-03058-TWT |
| Andrews | Taylor, Heather L. | 1:07-cv-03058-TWT |
| Andrews | Teller, Brianna L. | 1:07-cv-03058-TWT |
| Andrews | Teller, Matthew J. | 1:07-cv-03058-TWT |
| Andrews | Teller, Michael W. | 1:07-cv-03058-TWT |
| Andrews | Tracy, Joyce Lee | 1:07-cv-03058-TWT |
| Andrews | Voth, Kent G. | 1:07-cv-03058-TWT |
| Andrews | Wedan, Lila B. | 1:07-cv-03058-TWT |

| Andrews | Wilkins, John Edward | 1:07-cv-03058-TWT |
|---|---|---|
| Ahrens | Ahrens, Wendy Joan | 1:08-cv-03693-TWT |
| Ahrens | Barnes, Albert | 1:08-cv-03693-TWT |
| Ahrens | Benyard, Montena o/b/o C.R.B. | 1:08-cv-03693-TWT |
| Ahrens | Blanton, Dianne Patricia o/b/o Zachary Blanton | 1:08-cv-03693-TWT |
| Ahrens | Briggs, Brian | 1:08-cv-03693-TWT |
| Ahrens | Brittenham, Dave | 1:08-cv-03693-TWT |
| Ahrens | Buchanan, Curtis | 1:08-cv-03693-TWT |
| Ahrens | Buchanan, June | 1:08-cv-03693-TWT |
| Ahrens | Buchanan, June o/b/o Tyler Buchanan | 1:08-cv-03693-TWT |
| Ahrens | Carrington, Larry P. | 1:08-cv-03693-TWT |
| Ahrens | Carritt, Bernard | 1:08-cv-03693-TWT |
| Ahrens | Caruso, Michael J. | 1:08-cv-03693-TWT |
| Ahrens | Ceniceros, Arthur | 1:08-cv-03693-TWT |
| Ahrens | Ceniceros, Laura | 1:08-cv-03693-TWT |
| Ahrens | Ceniceros, Laura o/b/o Alexis Ceniceros | 1:08-cv-03693-TWT |
| Ahrens | Ceniceros, Laura o/b/o Allan Ceniceros | 1:08-cv-03693-TWT |
| Ahrens | Ceniceros, Laura o/b/o Ceniceros, Arthur Julian | 1:08-cv-03693-TWT |
| Ahrens | Ceniceros, Laura o/b/o Ceniceros, Ashley | 1:08-cv-03693-TWT |
| Ahrens | Chancellor, Judith | 1:08-cv-03693-TWT |

| | | |
|---|---|---|
| Ahrens | Chapman, Janie Pearl o/b/o Fain H. Chapman | 1:08-cv-03693-TWT |
| Ahrens | Cline, Rodney David | 1:08-cv-03693-TWT |
| Ahrens | Crumbley, Patricia Lynn | 1:08-cv-03693-TWT |
| Ahrens | Di Sipio, Anthony John Sr. o/b/o A.J.D. | 1:08-cv-03693-TWT |
| Ahrens | Dodrer, Lisa Marie | 1:08-cv-03693-TWT |
| Ahrens | Dodrer, Sharon Ann | 1:08-cv-03693-TWT |
| Ahrens | Early, John R. | 1:08-cv-03693-TWT |
| Ahrens | Fudge, Shannon Nicole o/b/o Gabriel Michael Angelo Trego | 1:08-cv-03693-TWT |
| Ahrens | Fudge, Shannon Nicole o/b/o Jillian Shannon Trego | 1:08-cv-03693-TWT |
| Ahrens | Fudge, Shannon Nicole o/b/o Juliet Renee Trego | 1:08-cv-03693-TWT |
| Ahrens | Gamble, Joann S. | 1:08-cv-03693-TWT |
| Ahrens | Gibson, David John | 1:08-cv-03693-TWT |
| Ahrens | Gittings, Rebecca Carlisle | 1:08-cv-03693-TWT |
| Ahrens | Hatcher, Aucion Lamont | 1:08-cv-03693-TWT |
| Ahrens | Hatcher, Dewawn | 1:08-cv-03693-TWT |
| Ahrens | Hippensteil, Cindy | 1:08-cv-03693-TWT |
| Ahrens | Hippensteil, Cindy o/b/o Cynthia Albertson | 1:08-cv-03693-TWT |
| Ahrens | Hippensteil, Cindy o/b/o Felisha Albertson | 1:08-cv-03693-TWT |
| Ahrens | Hurley, Kevin Sean | 1:08-cv-03693-TWT |
| Ahrens | Johnson, Devon | 1:08-cv-03693-TWT |

| | | |
|---|---|---|
| Ahrens | Jones, Vivian | 1:08-cv-03693-TWT |
| Ahrens | Kulaga, Arthur | 1:08-cv-03693-TWT |
| Ahrens | Leary, Dedrick C. | 1:08-cv-03693-TWT |
| Ahrens | Lewis, Lena Burroughs | 1:08-cv-03693-TWT |
| Ahrens | Logos, Emilia | 1:08-cv-03693-TWT |
| Ahrens | Long, Carol L. | 1:08-cv-03693-TWT |
| Ahrens | Marano, Helen Kay | 1:08-cv-03693-TWT |
| Ahrens | Martin, Billy Jr. | 1:08-cv-03693-TWT |
| Ahrens | Masek, George o/b/o Jordan Kai Masek | 1:08-cv-03693-TWT |
| Ahrens | McNemar, Rebecca | 1:08-cv-03693-TWT |
| Ahrens | McPherson, Zora Mell | 1:08-cv-03693-TWT |
| Ahrens | Miller, Terri | 1:08-cv-03693-TWT |
| Ahrens | Mohawk, Carolyn Sue | 1:08-cv-03693-TWT |
| Ahrens | Morrow, Wilma | 1:08-cv-03693-TWT |
| Ahrens | Nasser, Juan | 1:08-cv-03693-TWT |
| Ahrens | Nasser, Michael | 1:08-cv-03693-TWT |
| Ahrens | Nasser, Miguel | 1:08-cv-03693-TWT |
| Ahrens | Parker, Tany | 1:08-cv-03693-TWT |
| Ahrens | Parker, Tanya o/b/o Atiya Parker | 1:08-cv-03693-TWT |
| Ahrens | Parker, Tanya o/b/o Spencer Parker | 1:08-cv-03693-TWT |
| Ahrens | Phillips, Anna M. | 1:08-cv-03693-TWT |
| Ahrens | Pruitt, Edward A. | 1:08-cv-03693-TWT |

| | | |
|---|---|---|
| Ahrens | Reeves, Kathryn o/b/o Wyatt Matthew Reeves | 1:08-cv-03693-TWT |
| Ahrens | Robinson, Henderson | 1:08-cv-03693-TWT |
| Ahrens | Sanders, Sandra K. | 1:08-cv-03693-TWT |
| Ahrens | Santore, Robert F. | 1:08-cv-03693-TWT |
| Ahrens | Sinyard, Mary L. o/b/o James Luther Pennington | 1:08-cv-03693-TWT |
| Ahrens | Smith, Mike S. | 1:08-cv-03693-TWT |
| Ahrens | Smith, Scott D. | 1:08-cv-03693-TWT |
| Ahrens | Snipes, Sheila | 1:08-cv-03693-TWT |
| Ahrens | Solomon, Barbara Eileen | 1:08-cv-03693-TWT |
| Ahrens | Spearman, Kimson Theodore | 1:08-cv-03693-TWT |
| Ahrens | Staggs, Bobbi Jo | 1:08-cv-03693-TWT |
| Ahrens | Sterling, Cyrus Paul | 1:08-cv-03693-TWT |
| Ahrens | Stone, Dorothy M. | 1:08-cv-03693-TWT |
| Ahrens | Stone, Jimmie O. | 1:08-cv-03693-TWT |
| Ahrens | Streeter, Kay S. | 1:08-cv-03693-TWT |
| Ahrens | Struggs, Jessie | 1:08-cv-03693-TWT |
| Ahrens | Tanguma, Eva | 1:08-cv-03693-TWT |
| Ahrens | Tanguma, Eva o/b/o Albert Lewis Tanguma | 1:08-cv-03693-TWT |
| Ahrens | Tittle, Patsy Leona o/b/o Rocky Lee Tittle | 1:08-cv-03693-TWT |
| Ahrens | Todd, Syrena B. | 1:08-cv-03693-TWT |
| Ahrens | Torrence, Edna L. | 1:08-cv-03693-TWT |
| Ahrens | Turner, Amanda Carrol | 1:08-cv-03693-TWT |

| Ahrens | Van Ness, Randee o/b/o B.J.V. | 1:08-cv-03693-TWT |
|---|---|---|
| Ahrens | Van Ness, Randee Phyllis | 1:08-cv-03693-TWT |
| Ahrens | Warden, Roberta | 1:08-cv-03693-TWT |
| Ahrens | Warren, Deborah Griswold | 1:08-cv-03693-TWT |
| Ahrens | Weyrowske, Eric Benjamin | 1:08-cv-03693-TWT |
| Ahrens | White, Odell | 1:08-cv-03693-TWT |
| Ahrens | Whitney, Linda Carol | 1:08-cv-03693-TWT |
| Ahrens | Wilds, John Glenn | 1:08-cv-03693-TWT |
| Ahrens | Willis, Dorothy C. | 1:08-cv-03693-TWT |
| Ahrens | Willis, Handy | 1:08-cv-03693-TWT |
| Ahrens | Willis, Handy o/b/o Cameron Willis | 1:08-cv-03693-TWT |
| Ahrens | Willis, Zelia | 1:08-cv-03693-TWT |
| Ahrens | Worland, Jennifer Ann o/b/o Donavin Edward Worland | 1:08-cv-03693-TWT |
| Ahrens | Zacker, Joseph Lloyd | 1:08-cv-03693-TWT |
| Ahrens | Zinnerman, LaDean o/b/o Fabian D. Zinnerman | 1:08-cv-03693-TWT |
| Anderson | Anderson, Lamont | 1:09-cv-01545-TWT |
| Anderson | Casey, Joada | 1:09-cv-01545-TWT |
| Anderson | Garrison, Terry | 1:09-cv-01545-TWT |
| Anderson | McClain, Vicki | 1:09-cv-01545-TWT |
| Anderson | Pearson, John J. | 1:09-cv-01545-TWT |
| Anderson | Swartz, Kathy L. | 1:09-cv-01545-TWT |
| Anderson | Swartz, Ronald D. | 1:09-cv-01545-TWT |

| | | |
|---|---|---|
| Anderson | Tripp, Tessa | 1:09-cv-01545-TWT |
| Anderson | Tripp, Tessa o/b/o Christina Tripp | 1:09-cv-01545-TWT |
| Anderson | Tripp, Tessa o/b/o Jeremee Tripp | 1:09-cv-01545-TWT |
| Anderson | Tripp, Tessa o/b/o Willie Benjamin Tripp | 1:09-cv-01545-TWT |
| Anderson | Tripp, Willie Bernard | 1:09-cv-01545-TWT |
| Hoffman | Hoffman, Susan | 1:09-cv-02242-TWT |
| Abraham | Ray, Barbara Ann | 1:09-cv-02844-TWT |
| Abraham | Samuels, Willie Bell | 1:09-cv-02844-TWT |
| Abraham | Simpson, Robert | 1:09-cv-02844-TWT |
| Abraham | Smith, Johnny Z. | 1:09-cv-02844-TWT |

Accordingly, the following statements, contained in ConAgra's First Requests for Admissions, are deemed admitted by those plaintiffs:

> The peanut butter consumed by Plaintiffs has not been tested for Salmonella or Salmonella Tennessee;
>
> Plaintiffs cannot produce any test report indicating that the peanut butter they consumed was contaminated with Salmonella;
>
> Plaintiffs have not undergone any medical or diagnostic testing to determine whether they were actually exposed to Salmonella and cannot produce any test results indicating they were exposed to or infected with Salmonella;
>
> Plaintiffs cannot produce any medical records confirming that they were exposed to or infected with Salmonella;
>
> Plaintiffs have no medical records diagnosing them with food poisoning or foodborne illness; and

> Plaintiffs were not diagnosed with salmonellosis by a medical professional.

Def.'s Mot. for Summ. J., Ex. 2.

B. Motion for Summary Judgment

Based on the admissions set forth above, ConAgra moves for summary judgment. It says that the plaintiffs cannot establish causation without either direct evidence that the peanut butter was contaminated or diagnostic tests confirming that they were infected with Salmonella. In some jurisdictions, however, the temporal connection between a plaintiff's consumption of recalled peanut butter and the onset of symptoms may be enough to support causation. Accordingly, the Defendant's Motion for Summary Judgment is denied without prejudice and may be refiled upon remand.

## IV. Conclusion

For the reasons stated above, the Defendant's Motion to Deem Admitted Defendant's First Requests for Admissions and Motion for Summary Judgment [Doc. 2139] is GRANTED in part and DENIED in part.

SO ORDERED, this 18 day of February, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge